3320.  GOODSON *v.* POWELL *et al.*

POWELL, J. While a wife has prima facie authority to bind her husband in the purchase of necessaries for herself and their children, still the husband is not bound when it affirmatively appears that the tradesman contracted with the wife individually, and extended the credit to her in her individual capacity, and that both parties to the contract so understood. *Mitchell* v. *Treanor,* 11 Ga. 324 (56 Am. Dec. 421).

*Judgment reversed.*

DECIDED JUNE 29, 1911.

Certiorari; from Walker superior court—Judge Maddox. February 22, 1911.

*D. F. Pope, John W. Bale,* for plaintiff in error.

*Earl Jackson, W. M. Henry,* contra.